BEFORE THE FIRST DIVISION, MARCH 4, 1963

No. 67480.—Roure Dupont, Inc. v. United States, protest 62/6269 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 CCPA 100, C.A.D. 737), the claim of the plaintiff was sustained.

No. 67481.—Castelazo & Associates and Surgident, Ltd. v. United States, protests 62/5299, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Directa" protective crowns similar in all material respects to those the subject of Abstract 66211, the claim of the plaintiffs was sustained.

No. 67482.—Quon Quon Company v. United States, protest 60/19302 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of rattancore flower cages the same in all material respects as those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 181, C.D. 2039), the claim of the plaintiff was sustained.